[Cite as *Moore v. Ohio Dept. of Transp.*, 2010-Ohio-4225.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JAMESON A. MOORE

Plaintiff

v.

OHIO DEPARTMENT OF
TRANSPORTATION

Case No. 2010-01832-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On January 28, 2010 and March 16, 2010, plaintiff was ordered to either pay the $25 filing fee or to file a poverty statement. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Jameson A. Moore
2779 Delcane Drive
Columbus, Ohio 43235

Ohio Department of Transportation
1980 West Broad Street
Columbus, Ohio 43223

DRB/laa
Filed 5/5/10
Sent to S.C. reporter 9/2/10